# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2025 KW 0966

VERSUS

ROCSHEY D. CARMEL

**DECEMBER 11, 2025**

---

In Re:    Rocshey D. Carmel, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, Nos.
          3577-F-2023, 2849-F-2025.

---

**BEFORE:    THERIOT, PENZATO, AND BALFOUR, JJ.**

WRIT DENIED. The record of the St. Tammany Parish Clerk of
Court's Office reflects the district court is proceeding toward
disposition of relator's motion to quash and relator's motion for
speedy trial.

**MRT**
**AHP**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT